UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY E. McGEE, JR., | ) | Case No. EDCV 13-587 DSF(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

The Court has conducted the review required by 28 U.S.C. § 636, overrules petitioner's objections to the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and accepts the findings and recommendations of the Magistrate Judge in this action.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

DATED: 7/28/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE