# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY E. McGEE, JR., | ) | Case No. EDCV 13-587 DSF(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 7/28/15 _____

*Dale S. Fischer*
_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE